# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JAMES AND KATHERINE WIRTH, o.b.o. M.W.,

Plaintiffs,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

Defendant.

Case No. C13-2154-MJP-JPD

ORDER GRANTING PLAINTIFFS' APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This matter was re-referred to the undersigned by the Honorable Marsha J. Pechman on January 13, 2014. Dkt. 6. On November 27, 2013, plaintiffs filed an application to proceed *in forma pauperis* ("IFP"). Dkt. 1. On December 6, 2013, the Court issued a Report and Recommendation denying plaintiffs' application to proceed IFP based upon a finding that "Plaintiffs' IFP application indicates that James Wirth is currently employed and earns a net salary of approximately $52,800 per year, in addition to approximately $55,000 per year from other 'business, profession, or other self-employment.'" Dkt. 4 at 1.

Plaintiffs filed written objections to the Report and Recommendation on January 2, 2014, asserting that "[i]t has been erroneously noted that the income of the Wirth household is $107,800 per year . . . the actual income is approximately $55,000 per year. Received child support payments are in addition to this amount." Dkt. 5 at 1. Thus, it appears that plaintiffs

ORDER
PAGE - 1

had mistakenly over-reported their income on the IFP form.  On January 13, 2014, the Chief Judge Pechman re-referred this matter, and asked the undersigned "for a reconsideration of the application in light of Plaintiffs' objections."  Dkt. 6.[1]

The Court, having reviewed plaintiffs' objections and the balance of the record, does hereby find and Order as follows:

(1) Plaintiff's application to proceed IFP, Dkt. 1, is GRANTED.  Plaintiffs do not appear to have funds available to afford the $400.00 filing fee.

(2) Plaintiffs are advised that there are many attorneys representing clients on a contingency fee basis in social security appeals.  This appeal involves important legal rights as to which an attorney might be helpful to plaintiffs.  If plaintiffs would like an extension of time to locate and retain such counsel, they must file a motion requesting such an extension by **no later than January 31, 2014**.  If no such motion is filed, the Court will presume that plaintiffs wish to represent themselves in this case.

(3) The Clerk is directed to send a copy of this Order to plaintiffs.  The Clerk is further directed to send to plaintiffs a copy of the Notice of Initial Assignment and Consent to Proceed before a United States Magistrate Judge.

DATED this 16th day of January, 2014.

*James P. Donohue*
———————————————
JAMES P. DONOHUE
United States Magistrate Judge

---

[1] Although Chief Judge Pechman re-referred this matter "for the issuance of a further R&R," the undersigned finds an order most appropriate under the circumstances because the Court is no longer recommending that plaintiffs' request for IFP status be denied.

ORDER
PAGE - 2